AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAULINE WHITAKER ALEXANDER,      ) | |
|     Plaintiff,                            ) | |
|                                        ) | **JUDGMENT IN A CIVIL CASE** |
| v.                                   ) | CASE NO. 4:08-CV-32-F |
|                                      ) | |
| Q.V.C. DISTRIBUTION CENTER,    P.O.C.,   ) | |
| BILL STANULIS, PLANT MANAGER,     ) | |
|     Defendants,                          ) | |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment is ALLOWED.   The Clerk of Court is DIRECTED to close the case.


      THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 29, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:


| | |
|---|---|
| Alvin L. Pittman | Gregory P. McGuire |
| 5933 W. Century Boulevard, Suite 230 | 2301 Sugarbush Road, Suite 600 |
| Los Angeles, CA 90045 | Raleigh, NC 27612 |

| | |
|---|---|
| December 29, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |